DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EMILIANO DIAZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>            Plaintiff,             )<br>                                                    )<br>     v.                                        )<br>                                                    )<br>EMILIANO DIAZ-MARTINEZ,  )<br>                                                    )<br>            Defendant.           )<br>_____) | Case No. 1:09-cr-0160 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING; ORDER<br><br>DATE:  October 17, 2011<br>TIME:   9:00 A.M.<br>JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yashar Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Emiliano Diaz-Martinez, that the status conference currently set for September 19, 2011, **may be continued to October 17, 2011 at 9:00 a.m.**

This stipulation is proposed by the defense to allow for further plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

                                                                                          BENJAMIN B. WAGNER

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | United States Attorney |

DATED: September 15, 2011            By:      /s/ *Yashar Nilchian*
                                                          YASHAR NILCHIAN
                                                          Assistant United States Attorney
                                                          Counsel for Plaintiff


                                                          DANIEL J. BRODERICK
                                                          Federal Defender

DATED: September 15, 2011            By:      /s/ *Victor M. Chavez*
                                                          VICTOR M. CHAVEZ
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          Emiliano Diaz-Martinez


**ORDER**

IT IS SO ORDERED.

**Dated:    September 15, 2011**              /s/ **Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE